**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Key Enterprises LLC, a Minnesota Limited Liability Company, and Law & Politics Media, Inc., a Minnesota Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>Custom Laminating, LLC,<br><br>Defendant. | **Court File No. 01-1789 PAM/JGL**<br><br>**CONSENT JUDGMENT AND ORDER** |

The parties, Plaintiffs Key Enterprises LLC ("Key Enterprises") and Law & Politics Media, Inc. ("L & P") (collectively "Plaintiffs"), and Defendant Custom Laminating, LLC ("Custom Laminating"), having acknowledged and stipulated as set forth below, and good cause appearing therefor, judgment in this matter is entered as follows:

1. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1332 and 1338.

2. Plaintiff Key Enterprises is the owner of U.S. Trademark Registration Nos. 1158018 and 127800 for the word and design mark MPLS ST. PAUL. The MPLS ST. PAUL mark is valid and enforceable.

3. Plaintiff L & P is the owner of U.S. Trademark Registration No. 2433073 for the word mark SUPER LAWYERS. The SUPER LAWYERS mark is valid and enforceable.

4. Custom Laminating sent solicitations to individuals named as "Super Lawyers" in the 2001 "Super Lawyers" edition of *Minnesota Law & Politics*. The solicitations offered a plaque that incorporated both the MPLS ST. PAUL and SUPER LAWYERS marks. Plaintiffs

FILED DEC 1 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 1 2 2001
DEPUTY CLERK

did not authorize or license Custom Laminating's use of the MPLS ST. PAUL or SUPER LAWYERS marks. Such use constitutes infringement of Plaintiffs' marks and unfair competition in violation of 15 U.S.C. § 1114 and 15 U.S.C. § 1125.

5. Custom Laminating, its officers, agents, servants, employees and all those in active concert of participation with it or who have notice of this Consent Judgment are permanently restrained and enjoined from directly, contributorily, or from inducing the following:

a. manufacturing, importing, using, selling or offering for sale any products that include, depict or incorporate either the MPLS ST. PAUL or SUPER LAWYERS marks or any confusingly similar marks;

b. manufacturing, importing, using, selling or offering for sale plaques that bear the MPLS ST. PAUL and SUPER LAWYERS marks or any confusingly similar marks; and

c. otherwise infringing the MPLS ST. PAUL and SUPER LAWYERS marks.

6. Custom Laminating will pay damages of $3,000 to Plaintiffs. Custom Laminating shall make complete payment as soon as possible and no later than February 28, 2002. Custom Laminating may make monthly payments of $1,000 in December 2001, January 2002 and February 2002 to satisfy its payment obligation. Payment shall be made to be received by Plaintiffs' counsel on the 15th day of each said month.

7. This Court shall retain jurisdiction of this action for the purpose of enforcing this Consent Judgment and Order.

8. Each party shall bear its own costs and attorneys fees.

The Clerk is directed to enter this final judgment forthwith.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated December 12, 2001

The Honorable Paul A. Magnuson
United States District Judge

ACKNOWLEDGED AND STIPULATED BY THE PARTIES

Dated December 10, 2001

Plaintiff, Key Enterprises LLC

By: ______________________
Its: Chief Financial Officer

Dated December 10, 2001

Plaintiff, Law & Politics Media, Inc.

By: ______________________
Its: Chief Financial Officer

Dated 12/7/2001, 2001

Defendant, Custom Laminating, LLC

By: ______________________ / Custom Laminating
Its: ______________________



TC2: 558219 v02 11/29/2001